THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEILA MARINO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02200-JNW<br><br>**STIPULATED MOTION TO STAY DISCOVERY AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 23, 2025** |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendant Farmers New World Life Insurance Company ("FNWL") and Plaintiff Sheila Marino, (collectively, the "Parties"), by and through their respective counsel, respectfully submit this joint stipulated motion to stay discovery and the deadlines contained within the Court's Order Regarding Initial Disclosures and Joint Status Report ("Scheduling Order") (Dkt. 11) pending the Court's resolution of FNWL's Motion to Dismiss (Dkt. 10). In support of this Stipulated Motion, the Parties state as follows:

1. On October 1, 2025, Plaintiff filed this putative class action against FNWL in King County Superior Court, entitled *Sheila Marino, an individual, on behalf of herself and all others*

STIPULATED MOTION TO STAY DISCOVERY
AND ORDER - 1
(Case No. 2:25-CV-02200-JNW)

*similarly situated, v. Farmers New World Life Insurance Company*, Case No. 25-2-28917-6-SEA.

2. FNWL filed a Notice of Removal on November 5, 2025 (Dkt. 1).

3. FNWL filed a Motion to Dismiss on November 20, 2025 (Dkt. 10).

4. On December 5, the Court issued its Initial Scheduling Order (Dkt. 11). The Initial Scheduling Order set the following deadlines:

    a. December 26, 2025: Deadline for Parties to hold an FRCP 26(f) Conference;

    b. January 9, 2026: Deadline for Parties to exchange Initial Disclosures pursuant to FRCP 26(a)(1); and

    c. January 16, 2026: Deadline for Parties to submit their Joint Status Report and Discovery Plan to the Court per FRCP 26(f) and Local Civil Rule 26(f).

5. The Parties have conferred and agree that a stay of discovery and deadlines set forth in the Initial Scheduling Order pending the Court's resolution of FNWL's Motion to Dismiss is in the best interest of the Parties, counsel, and the Court; that a stay would promote the interests of judicial economy; and that a stay would help preserve judicial and party resources. *See Landis v. North Am. Water Works and Elec. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

6. The Parties accordingly request that the Court stay all case deadlines and discovery pending a decision by the Court on FNWL's Motion to Dismiss.

7. This Stipulated Motion is filed in good faith and is supported by good cause.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that this Stipulated Motion be granted and that the Court stay discovery and the initial deadlines contained within the Initial Scheduling Order pending the outcome of the Court's Order on Defendant's Motion to Dismiss.

STIPULATED MOTION TO STAY DISCOVERY
AND ORDER - 2
(Case No. 2:25-CV-02200-JNW)

151468978.1 0045556-00246

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1  IT IS SO STIPULATED THIS 23rd day of December, 2025.

2  *I certify that this memorandum contains 422 words, in compliance with the Local Civil Rules.*

| HAFFNER LAW PC | STOEL RIVES LLP |
|---|---|
| *s/ Trevor Weinberg* | *s/ Jenna M. Poligo* |
| JOSHUA H. HAFFNER, WSBA #53292<br>jhh@haffnerlawyers.com<br>ALFREDO TORRIJOS (admitted *pro hac vice*)<br>at@haffnerlawyers.com<br>TREVOR WEINBERG (admitted *pro hac vice*)<br>tw@haffnerlawyers.com | TIMOTHY W. SNIDER, WSBA No. 39808<br>timothy.snider@stoel.com<br>JENNA M. POLIGO, WSBA No. 54466<br>jenna.poligo@stoel.com<br>SARA J. WADSWORTH, WSBA No. 55952<br>sara.wadsworth@stoel.com |
| 15260 Ventura Blvd., Suite 1520<br>Sherman Oaks, CA 91403<br>Telephone: (213) 514-5681<br>Facsimile: (213) 514-5682 | 600 University Street, Suite 3600<br>Seattle, WA 98101<br>Tel: 206.624.0900 |
| *Counsel Plaintiff Sheila Marino* | *Attorneys for Defendant Farmers New World Life Insurance Company* |

STIPULATED MOTION TO STAY DISCOVERY
AND ORDER - 3
(Case No. 2:25-CV-02200-JNW)

151468978.1 0045556-00246

**ORDER**

Pursuant to LCR 10(g), and based on the foregoing stipulated motion of the parties, for good cause and due to the circumstances set forth above in the stipulated motion; IT IS SO ORDERED that discovery and the initial deadlines contained within the Initial Scheduling Order be stayed pending the outcome of the Court's Order on Defendant's Motion to Dismiss.

DATED: January 12, 2026           BY THE COURT:

_____
Hon. Jamal N. Whitehead

STIPULATED MOTION TO STAY DISCOVERY
AND ORDER - 4
(Case No. 2:25-CV-02200-JNW)

151468978.1 0045556-00246

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900