THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHEILA MARINO, an individual, on behalf of herself and all others similarly situated,

Plaintiff,

v.

FARMERS NEW WORLD LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-02200-JNW

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL NOTICE**

**NOTE ON MOTION CALENDAR: December 11, 2025**

THIS MATTER having come before the Court for hearing upon Defendants' Motion for Judicial Notice, the Court, having considered the documents and pleadings on file in this case, and the filings below:

1.    Defendants' Motion for Judicial Notice;

2.    Plaintiff's Response to Defendant's Motion for Judicial Notice (if any);

3.    _____;

4.    _____;

IT IS HEREBY ORDERED that Defendants' Motion for Judicial Notice is **GRANTED**.

The Court takes judicial notice of the following facts:

ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 1
(Case No. 2:25-CV-02200-JNW)

151177612.1 0045556-00246

- The historical Federal Funds Effective Rates from 1954 through present, located at *Selected Interest Rates (Daily) – H.15*, Fed. Rsrv., https://www.federalreserve.gov/releases/h15/, which, in partnership with the Federal Reserve, can be accessed at *Federal Funds Effective Rate*, Fed. Rsrv. Econ. Data (FRED), https://fred.stlouisfed.org/graph/?id=FEDFUNDS.

- The Federal Funds Effective Rate in 1988 ranged from 6.5% to 8.7%.

- From 2008 to 2022, the Federal Funds Effective Rate did not exceed 4.1%, and ranged from 0.05% to 4.1%.

- Since January 2023, the Federal Funds Effective Rate has ranged between 4.33% and the current rate of 4.09% with a peak at 5.33%.

DATED this 18th day of February, 2026.


Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 2
(Case No. 2:25-CV-02200-JNW)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

151177612.1 0045556-00246

Presented by:

STOEL RIVES LLP

*s/ Jenna M. Poligo*

TIMOTHY W. SNIDER, WSBA No. 39808
timothy.snider@stoel.com
JENNA M. POLIGO, WSBA No. 54466
jenna.poligo@stoel.com
SARA J. WADSWORTH, WSBA No. 55952
sara.wadsworth@stoel.com

600 University Street, Suite 3600
Seattle, WA 98101
Tel:  206.624.0900
*Attorneys for Defendant Farmers New World Life Insurance Company*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDICIAL NOTICE - 3
(Case No. 2:25-CV-02200-JNW)

151177612.1 0045556-00246