HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SHEILA MARINO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS NEW WORLD LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-cv-02200-JNW<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Having considered the Parties' Stipulated Motion, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiff Sheila Marino is hereby granted leave to file the First Amended Complaint, a copy of which is attached hereto as Exhibit A. Plaintiff shall file the First Amended Complaint within ten (10) days of the Court's execution of this Order.

2. Defendant Farmers New World Life Insurance Company's Answer to the First Amended Complaint shall be filed twenty-eight (28) days after Plaintiff files and serves the First Amended Complaint on Defendant.

3. The Parties' deadline to exchange initial disclosures shall be reset to two (2) weeks after Defendant files its Answer, and Defendant's deadline to respond to Plaintiffs' written discovery shall be extended to the same date.



**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Los Angeles, California 91403
Tel: (213) 514-5681 / Fax: (213) 514-5682

IT IS SO ORDERED.

DATED this 16th day of November, 2026

Hon. Jamal N. Whitehead

*Presented by:*

**HAFFNER LAW PC**

By: /s/ Trevor Weinberg
Joshua H. Haffner (WSBA No. 53292)
jhh@haffnerlawyers.com
Trevor Weinberg*
tw@haffnerlawyers.com
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

*Admitted Pro Hac Vice

*Attorneys for Plaintiff and all others similarly situated*

**STOEL RIVES LLP**

*/s/ Jenna M. Poligo*
TIMOTHY W. SNIDER, WSBA No. 39808
timothy.snider@stoel.com
JENNA M. POLIGO, WSBA No. 54466
jenna.poligo@stoel.com
600 University Street, Suite 3400
Seattle, WA 98101
Telephone: 206.624.0900

*Attorneys for Defendant Farmers New World Life Insurance Company*